NORTHEASTERN PAPER Co., INC., Respondent, *v.*
CONCORD PAPER Co., INC., Appellant.

*Contract — sale — Statute of Frauds — action to recover for breach of contract to purchase goods — defense that contract failed to state with reasonable certainty the amount sold.*

*Northeastern Paper Co., Inc.,* v. *Concord Paper Co., Inc.,* 214 App. Div. 537, affirmed.

(Submitted March 1, 1926; decided March 30, 1926.)

APPEAL from a judgment, entered December 1, 1925, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and reinstated said verdict. The action was to recover for an alleged breach of a contract to purchase merchandise. The writing specified a sale of " all the paper in rolls now stored at the warehouse at 405 East 10th street, New York city * * * as is," and made provision for weighing and for payment. The defense was that the contract was deficient in that it failed to state with reasonable certainty the amount of the merchandise sold.

*William S. Evans* for appellant.

*Walter W. Gross* and *Arthur F. Gotthold* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.

---

GEORGE R. HALL, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*Contract — New York city — action for breach of building contract — progress payments.*

*Hall* v. *Board of Education,* 214 App. Div. 705, affirmed.

(Argued March 2, 1926; decided March 30, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 13, 1925, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by